```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOANNE CARROLL,

                    Petitioner,
                                        Civil Action No.
                                         9:04-CV-00206
            v.                           (FJS/GHL)

ELAINE LORD, Superintendent of
Bedford Hills Correctional Facility,

                    Respondent.
_____
```

APPEARANCES:                          OF COUNSEL

FOR THE PETITIONER:

JOANNE CARROLL, pro se
Bedford Hills, NY

FOR RESPONDENT:

HON. ANDREW M. CUOMO                  LISA E. FLEISCHMANN, ESQ.
Attorney General of the State         Assistant Attorney General
    of New York
207 Genesee Street
Utica, NY   13501

**FREDERICK J. SCULLIN, JR., S.J.:**

## ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge George H. Lowe filed October 4, 2007, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, the Court

**ORDERS**, that the Report-Recommendation of Magistrate Judge George H. Lowe filed October 4, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS**, that the petitioner's application for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**.

**IT IS SO ORDERED.**

**Dated:** November 9, 2007
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge